UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-486 (SHS) |
| -v- | : | <u>ORDER</u> |
| JOHN GRANT, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The initial conference in this matter will occur as a videoconference using the Zoom platform on **August 26, 2021, at 11:00 a.m.** Defense counsel will be given an opportunity to speak with their client for 15 minutes before the proceeding begins; defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

    To optimize the quality of the video feed, only the Court, the defendant, defense counsel, and counsel for the government will appear by video for the proceeding; all others will participate by telephone. Members of the press and the public may access the audio feed of the conference by dialing 888-273-3658 and using access code 7004275 to join the conference in listen-only mode.

    In advance of the conference, Chambers will email the parties with further information on how to access the conference. Those participating by video will be provided a link to join the videoconference. Chrome is the recommended browser for Zoom.

    If possible, defense counsel should discuss the attached Waiver of Right to Be Present at Criminal Proceeding with the defendants prior to the proceeding. If defendants consent and are able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), defense counsel shall submit the executed form to Chambers **at least 24 hours prior to the proceeding**. In the event the defendant consents, but counsel is unable to obtain or affix the defendant's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the defendant's signature to the form.

Dated: New York, New York
       August 25, 2021

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :  \_\_-Cr-\_\_\_\_ (SHS)

       -v-  :  CONSENT TO PROCEED BY
                                                    VIDEOCONFERENCE OR
_____,  :  <u>TELECONFERENCE</u>_____

         Defendant.  :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

\_\_\_\_    Initial Appearance/Appointment of Counsel

\_\_\_\_    Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_\_    Preliminary Hearing on Felony Complaint

\_\_\_\_    Bail/Revocation/Detention Hearing

\_\_\_\_    Status and/or Scheduling Conference

\_\_\_\_    Misdemeanor Plea/Trial/Sentence

_____    _____
Defendant's Signature (Judge may obtain    Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant)

_____    _____
Print Defendant's Name    Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

_____    _____
Date    Sidney H. Stein, U.S.D.J.