UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,      :     21__-Cr._486___ (SHS)

       -v-                           :     CONSENT TO PROCEED BY
                                                VIDEOCONFERENCE OR
_John Grant_____,       :     **TELECONFERENCE**_____

       Defendant.                :

------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant _Grant_____ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

_x_ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

*John Grant per BME*
_____     _Bennett M. Epstein_____
Defendant's Signature (Judge may obtain       Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant

John Grant                                    Bennett M. Epstein
_____     _____
Print Defendant's Name                         Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

                                                  _____
Date   August 26, 2021                          Sidney H. Stein, U.S.D.J.