UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,              :       21-Cr-486 (SHS)

        -v-                                     :       ORDER

JOHN GRANT,                            :

        Defendant.                         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received defendant's letter dated September 28, 2021 [ECF Doc. No. 46], requesting once again that new counsel be appointed to represent him in place of his current CJA attorney, Bennett M. Epstein, Esq. The Court has also received Mr. Epstein's request to be relieved as counsel [ECF Doc. No. 47]. As the Court explained to defendant in open court on September 22 when defendant withdrew his then pending request for a new attorney, he does not have a right to an unlimited number of attorneys. Nonetheless,

    IT IS HEREBY ORDERED that:

1. Defendant's request for new counsel is granted;

2. Bennett M. Epstein, Esq. is relieved;

3. The CJA attorney on duty today, Richard B. Lind, is appointed to represent defendant pursuant to the Criminal Justice Act; and

4. The next status conference in this matter remains at October 14, 2021, at 9:30 a.m., in Courtroom 23A.

Dated: New York, New York
       October 8, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.