UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        21-Cr-486 (SHS)

            -v-                          :        ORDER

JOHN GRANT,                              :

            Defendant.                   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference in Courtroom 23A on February 1, 2022, at 11:00 a.m., regarding Mr. Grant's request for a new attorney [ECF No. 61]. If the defendant's unit at the MDC is still in quarantine, the conference will be held by video. Mr. Lind is directed to confer with his client prior to February 1, 2022, in regard to his client's application. Mr. Grant has already been provided with two CJA attorneys.

Dated: New York, New York
       January 19, 2022

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.