UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-486 (SHS) |
| -v- | : | <u>ORDER</u> |
| JOHN GRANT, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    In light of defendant's letter to the Court received today [Doc. No. 69], notifying the Court that he would like to continue with Richard Lind as his attorney,

    IT IS HEREBY ORDERED that the conference scheduled for February 11, 2022, at 11:00 a.m. is cancelled.

Dated: New York, New York
       January 27, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.