UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        21-Cr-486 (SHS)

                -v-                          :        ORDER

JOHN GRANT,                                  :

                Defendant.                   :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The Court has today received defendant's letter regarding bail.  Since defendant has an attorney
assigned to him, any applications to the Court must be made by his attorney.


Dated: New York, New York
       February 1, 2022

                                             SO ORDERED:

                                             Sidney H. Stein, U.S.D.J.