UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,    :    21-Cr-486 (SHS)

    -v-    :    ORDER

JOHN GRANT,    :

    Defendant.    :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of Richard B. Lind to be relieved as counsel for defendant John Grant,

    IT IS HEREBY ORDERED that the CJA attorney on duty today, James E. Neuman, will assume representation of defendant pursuant to the Criminal Justice Act.

Dated: New York, New York
       March 3, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.