# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

March 11 2022

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v Grant,* 21 Cr. 486 (SHS)

Your Honor:

On March 3, 2022, this Court appointed me pursuant to the Criminal Justice Act to represent John Grant in the referenced case, replacing previously-appointed counsel. The following day, Jeffrey Chabrowe filed a Notice of Appearance, indicating that he had been retained to represent Mr. Grant. Accordingly, I request that I be relieved from representing Mr. Grant further and that my representation be terminated, either by endorsing this letter or at the next scheduled conference.

Respectfully submitted,

/s/
James E. Neuman

**In light of retained attorney Jeffrey Chabrowe having filed a notice of appearance on behalf of John Grant [Doc. No. 92], James E. Neuman is relieved as attorney for Mr. Grant.**

Dated: New York, New York
**March 11, 2022**

SO ORDERED:

Sidney H. Stein, U.S.D.J.