UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,   :   21-Cr-486 (SHS)

    -v-   :   ORDER

JOHN GRANT,   :

        Defendant.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court is in receipt of the government's letter dated June 16, 2022 [Doc. No. 120] jointly requesting an adjournment of the July 11 trial date,

    IT IS HEREBY ORDERED that:

1. Any motions in limine, proposed voir dire, and proposed jury charges are due by September 12, 2022;

2. The responses to any motions are due by September 19, 2022;

3. The final pretrial conference is adjourned to September 23, 2022, at 11:00 a.m.

4. The trial of this matter is adjourned to October 3, 2022, at 9:30 a.m.; and

5. At the request of the government, and with the consent of the defendant, the Court excludes time from calculation under the Speedy Trial Act from today until October 3, 2022. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A); and

Dated: New York, New York
      June 16, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.