UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-486 (SHS) |
| -v- | : | ORDER |
| JOHN GRANT, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference in Courtroom 23A on March 16, 2023, at 11:00 a.m. regarding defendant's request to replace his counsel for a fifth time in this matter [Doc. No. 156]. At this time the Court is disinclined to grant that request.

Dated: New York, New York
       March 6, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.