UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-486 (SHS) |
| -against- | : | |
| | | ORDER |
| JOHN GRANT, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

On June 12, 2023, this Court received defendant's motion for a modification of his sentence pursuant to 18 U.S.C. 3582(C)(2) [Doc. No. 168].

IT IS HEREBY ORDERED that the government is directed to respond to the motion on or before June 26, 2023. The Clerk of Court shall send a copy of this Order to defendant at Mr. John Grant [USM No. 58432-509], MCI Schuylkill, Federal Correctional Institution, P.O. Box 759, Minersville, PA 17954.

Dated: New York, New York
       June 12, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.