UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JOHN GRANT
PETITIONER,      )

      )

   V   )

      )

UNITED STATES OF AMERICA
RESPONDENT.      )

      )

CRIMINAL CASE NO:
21-CR-486-SHS

HONORABLE STEIN

*November 7, 2023*
*This motion is dismissed as*
*moot in light of the Order*
*dated Oct 31, 2023 (Doc 173)*
*denying Grants motion for return*
*of the cash.*
*So ordered.*
*Sidney H. Stein*
*U.S.D.J.*

MOTION TO EXTEND TIME PERIOD TO REPLY

COMES NOW, pro se petitioner Mr. John Grant, respectively moves this honorable court to issue a court order for an extension in order to effectively prepare a response to the governments Motion/Letter attempting to deny relief for $10,000.00 in United States Currency that was not contraband or otherwise even forfeitable.

Petitioner filed a Rule 41(g) Motion for the expedited return which he is rightfully entitled to in efforts to obtain evidence that is no longer needed now that the proceedings are over.

WHEREFORE IN THE INTEREST OF JUSTICE, a 30 day extension would allow petitioner to gather the needed cases to solidify the foregoing motion.

Respectfuly Submitted on this 30th day of October 2023.

/s/ _____