# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LEGALMCG.COM

August 30, 2024

<u>VIA ECF</u>

**MEMO ENDORSED**

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *United States v. John Grant*, 21-cr-486(SHS)

Dear Judge Stein,

      I represent John Grant in the above-captioned matter. I write to request a 14-day extension for the filing of Mr. Grant's reply papers for the pending 821 motion. The current date for reply is today. This is the first such request. I apologize for the lateness of the submission but as discussed below, I had hoped to speak with Mr. Grant in time to meet the deadline.

      I was appointed to represent Mr. Grant on July 24, 2024. At the time Mr. Grant was incarcerated at FCI Lewisburg. My office promptly mailed him a letter informing him of the appointment and scheduled a legal call at the facility for August 15, 2024. The morning of the scheduled call, I was informed that he had been moved to FCI Danbury. My office has made constant efforts to no avail to schedule a legal call with Mr. Grant as soon as possible. As such, I respectfully request a 14-day extension to file Mr. Grant's reply papers.

      I thank the Court in advance for its consideration of this matter.

Sincerely,

Daniel McGuinness

**The request for an extension of 14 days to file a reply is granted.
The reply submission is due on or before September 13.**

Dated: New York, New York
      August 30, 2024

SO ORDERED

Sidney H. Stein
U.S.D.J.