UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOHN GRANT,

           Defendant.

21-cr-486 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    In light of the Executive Grant of Clemency issued by President Biden on January 17, 2025 to defendant John Grant (ECF No. 192), the Court dismisses as moot defendant's pending motion for a reduction in his sentence pursuant to Amendment 821. (ECF No. 168.)

Dated: New York, New York
       January 22, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.