UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA, : 21-Cr-486 (SHS)

-against- :

ORDER

JOHN GRANT, :

Defendant. :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that there will be a conference on July 29, 2026, at 2:30 p.m. in Courtroom 23A.

.

Dated: New York, New York
July 22, 2026

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.