UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-486 (SHS) |
| -against- | : | |
| JOHN GRANT, | : | ORDER |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that the conference scheduled for July 29, 2026, at 2:30 p.m. in Courtroom 23A is adjourned to August 14, 2026, at 11:00 a.m. in Courtroom 23A.

.

Dated: New York, New York
July 27, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.